FILED
CLERK, U.S. DISTRICT COURT

AUG 1 0 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: _CR/M 16-1606m_ |
| Plaintiff, | ORDER  [OF DETENTION]<br>AFTER HEARING HELD PURSUANT<br>TO 18 U.S.C. § 3148 (B) |
| vs. | |
| _Jassmine Pettaway_, | (Alleged Violation of Conditions of<br>Pretrial Release) |
| Defendant. | |

### A.

A warrant for arrest of the defendant for the alleged violation of conditions of pretrial release having been issued by Judge _Mikel Williams of Dist. of ID_, and the Court having conducted a hearing on the alleged violation(s),

### B.

The Court finds

(1)

    (A)  ( )  that there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (B)  (X)  that there is clear and convincing evidence that the defendant has violated any other condition of release, specifically the following:

_location monitoring - home detention_

and

(2)

    (A)  ( )  that based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety or any other person or the community; or

    (B)  [X]  that the defendant is unlikely to abide by any condition or combination of conditions of release.

           and/or, in the event of (1) (A)

(3)    ( )  that the defendant has not rebutted the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community.

           or

(4)    ( )  that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. See separate order setting conditions.

        ( )  This Order shall be stayed for 72 hours in order to allow the Government to seek review from the [assigned District Judge] [criminal duty District Judge].

           or

           C.

[X]  IT IS ORDERED that the defendant be detained prior to trial.

DATED: ___8|10|16___

_____
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE